[No. 9103–8–II.   Division Two.   July 28, 1987.]

*In the Matter of the Marriage of* GERALD R. NELSON, *Respondent, and* ALICE C. NELSON, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 84–3–02001–5, William L. Brown, Jr., J., entered August 2, 1985. *Affirmed* by unpublished opinion per Reser, J. Pro Tem., concurred in by Jones and Utter, JJ. Pro Tem.

[No. 9329–4–II.   Division Two.   July 28, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. JENNY LYNN GEMAR, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 85–1–00312–5, Don L. McCulloch, J., entered October 17, 1985. *Reversed* by unpublished opinion per Kolbaba, J. Pro Tem., concurred in by Goodloe, J. Pro Tem., Brown, J. Pro Tem., dissenting.

[No. 8463–5–II.   Division Two.   July 28, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT WEST, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 84–1–00084–6, Karen B. Conoley, J., entered February 1, 1985. *Affirmed* by unpublished opinion per Goodloe, J. Pro Tem., concurred in by Brown and Kolbaba, JJ. Pro Tem.